GAGEN, McCOY, McMAHON & ARMSTRONG
PATRICK J. McMAHON (#059727)
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendants
WHEAT LAND SURVEYING, INC. and ROBERT WHEAT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKEY PRESERVATION TRUST FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>WHEAT LAND SURVEYING, INC., a California corporation; and ROBERT WHEAT, an Individual,<br><br>    Defendants. | No.: C 05 4942 MEJ<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>AND ORDER THEREON |

At the request of Defendants Wheat Land Surveying, Inc. and Robert Wheat, the parties hereby stipulate through their respective counsel, Patrick J. McMahon and James

Law Offices of
GAGEN, McCOY, McMAHON & ARMSTRONG
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

1  Watson, hereby stipulate to request an order enlarging the time by two weeks in which
2  Defendants may file a responsive pleading to the complaint herein.
3      The parties stipulate and request that the Court order that Defendants may have to
4  and including January 18, 2006 within which to file a responsive pleading to the
5  complaint herein.
6      As is set forth in the Declaration of Patrick J. McMahon, *infra*, there is good cause
7  for such an enlargement of time. This stipulation is submitted pursuant to Local Rules 6-
8  1.

9  Dated: December 30, 2005      GAGEN, McCOY, McMAHON & ARMSTRONG
    A Professional Corporation

By: _____
    PATRICK J. McMAHON
    Attorneys for Defendants

Dated: 12-30-2005      STANTON, KAY & WATSON

By: _____
    JAMES P. WATSON
    Attorneys for Plaintiffs

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 2 -
STIPULATION RE EXTENSION OF TIME
F:\CLPJM\37668\Stip re Ext of Time.doc

## DECLARATION OF PATRICK J. McMAHON

I, Patrick J. McMahon, declare:

1. I am an attorney, duly licensed to practice and in good standing before all the courts of the State of California and the United States District Court for the Northern District of California. I am one of the attorneys for Defendants Wheat Land Surveying, Inc. and Robert Wheat, in the above-entitled matter.

2. The responsive pleading is presently due January 4, 2006. We have had time only to briefly review the complaint and meet with our clients re the facts and circumstances of this case, but it is apparent that review and analysis of the case and preparation of a responsive pleading will take substantially more time than is presently available to us.

3. I spoke with plaintiffs' counsel James P. Watson on Friday, December 30. Plaintiffs through Mr. Watson have agreed to stipulate to the Defendants' request.

4. Defendants have not requested any other extensions regarding this case. This extension should not materially affect any other deadlines in this case.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge and that if called upon to do so I could and would testify competently thereto.

Executed this 30th day of December, at Danville, California.

Patrick J. McMahon

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

1  ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: January 4, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of
GAGEN,
McCOY,
McMAHON &
ARMSTRONG
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

- 4 -
STIPULATION RE EXTENSION OF TIME
F:\CLPJM\37668\Stip re Ext of Time.doc