James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515
E-Mail: jamesw@skwsf.com

Attorneys for Plaintiffs

Patrick J. McMahon (SBN 059727)
GAGEN, McCOY, McMAHON & ARMSTRONG
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985
E-Mail: pmcm@gmmalaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, PENSION FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, OPERATING ENGINEERS VACATION AND HOLIDAY TRUST FUND, NORTHERN CALIFORNIA PREAPPRENTICE, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, OPERATING ENGINEERS CONTRACT ADMINISTRATION FUND FOR NORTHERN CALIFORNIA, OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND AND OPERATING ENGINEERS MARKET PRESERVATION TRUST FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>WHEAT LAND SURVEYING, INC., a California corporation; and ROBERT WHEAT, an Individual,<br><br>    Defendants. | CASE NO. C-05-4942 MEJ<br><br>**STIPULATION TO CONTINUE DISCOVERY AND PRE-TRIAL DATES TO FACILITATE SETTLEMENT**<br><br>JUDGE: Magistrate Judge Maria-Elena James<br><br>AND ORDER THEREON |

- 1 -
STIPULATION TO CONTINUE DISCOVERY AND PRE-TRIAL DATES TO FACILITATE SETTLEMENT

1    IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES HERETO, that the
2    dates for pre-trial conference, discovery cut-off designation of lay and expert witnesses, and trial, be
3    vacated and that new dates be reset on or after January 1, 2007.

4    The parties have entered into this stipulation, through counsel, in order to facilitate the
5    completion of mediated settlement negotiations which are currently underway.

6

7    DATED: October ___, 2006                STANTON, KAY & WATSON, LLP

8

9                                            By:_____
10                                           James P. Watson
                                             Attorneys for Plaintiffs

11    DATED: October 5, 2006                 GAGEN, McCOY, McMAHON &
12                                           ARMSTRONG

13

14                                           By:_____
15                                           Patrick J. McMahon
                                             Attorneys for Defendants

16

17                           [PROPOSED] ORDER

18    Upon reading the Stipulation of the parties, through counsel, to continue the trial
19    preparation, discovery, pre-trial conference and trial dates,

20    IT IS HEREBY ORDERED, that the current dates for these matters are vacated, and that
21    the Court will set new dates on or after January 1, 2007.

22    IT IS SO ORDERED:

23
      DATED: October 17, 2006
24    _____
25    HON. _____
      UNITED STATES _____ JUDGE
26

27

28

*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

- 2 -
STIPULATION TO CONTINUE DISCOVERY AND PRE-TRIAL DATES TO FACILITATE SETTLEMENT

IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES HERETO, that the dates for pre-trial conference, discovery cut-off designation of lay and expert witnesses, and trial, be vacated and that new dates be reset on or after January 1, 2007.

The parties have entered into this stipulation, through counsel, in order to facilitate the completion of mediated settlement negotiations which are currently underway.

DATED: October 5, 2006          STANTON, KAY & WATSON, LLP

                                By: /s/ James P. Watson
                                    James P. Watson
                                    Attorneys for Plaintiffs

DATED: October ___, 2006        GAGEN, McCOY, McMAHON & ARMSTRONG

                                By: _____
                                    Patrick J. McMahon
                                    Attorneys for Defendants

## [PROPOSED] ORDER

Upon reading the Stipulation of the parties, through counsel, to continue the trial preparation, discovery, pre-trial conference and trial dates,

**IT IS HEREBY ORDERED**, that the current dates for these matters are vacated, and that the Court will set new dates on or after January 1, 2007.

**IT IS SO ORDERED:**

DATED: _____

                                _____
                                HON. MARIA-ELENA JAMES
                                UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

*John Bonilla; et al. v. Wheat Land Surveying, Inc.; et al.*
*United States District Court, Northern District of California*
*No. C-05-4942 MEJ*

I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105. On October 6, 2006, I served the following document(s) described as:

**STIPULATION TO CONTINUE DISCOVERY AND PRE-TRIAL DATES TO FACILITATE SETTLEMENT**

on the following party/parties:

Patrick J. McMahon, Esq.                          **Attorney for Defendants**
GAGEN, McCOY, McMAHON & ARMSTRONG     *Wheat Land Surveying, Inc.*
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985
pmcm@gmmalaw.com

_____ (COURIER SERVICE) by placing a true copy thereof enclosed in a sealed envelope, with delivery fees provided for, for pick up at this office and overnight delivery by Golden State Overnight courier service.

_____ (ELECTRONIC MAIL) on the party(ies) named above in this action by sending via e-mail to the e-mail address above, a true copy thereof following ordinary business practices. After transmission of the document, the email software indicated the document had been sent complete and without error. The transmission report was properly issued by the software and the original transmission report is attached to the original proof of service.

__X__ (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each business day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on June 23, 2006 at San Francisco, California.

*/s/ Jennifer Jones*
Jennifer Jones