

## GagenMcCoy

The Law Offices of
**Gagen, McCoy, McMahon, Koss
Markowitz & Raines**
A Professional Corporation

William E. Gagen, Jr.
Gregory L. McCoy
Patrick J. McMahon
Charles A. Koss
Michael J. Markowitz
Richard C. Raines
Barbara Duval Jewell
Robert M. Fanucci
Allan C. Moore
Stephen T. Buehl
Amanda Bevins
Martin Lysons
Katherine S. Zelazny
Lauren E. Dodge
Anna Claveria Brannan
Sarah S. Nix
Ross Pytlik
Brian P. Mulry

Of Counsel
Linn K. Coombs

**Danville Office**
279 Front Street
P.O. Box 218
Danville, California 94526-0218
Telephone: (925) 837-0585
Fax: (925) 838-5985

**Napa Valley Office**
The Offices At Southbridge
1030 Main Street, Suite 212
St. Helena, California 94574
Telephone: (707) 963-0909
Fax: (707) 963-5527

Please Reply To:
**Danville**

July 2, 2007

Magistrate Judge Maria-Elena James
U.S. District Court - Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Bonilla v. Wheat Land Surveying, Inc., et al.*
      Case No. C05-4942 MEJ

Dear Judge James:

The Court continued defendants' counsel's Motion to be Relieved as Counsel to July 26, 2007. Defendant Robert Wheat will not be able to attend the motion as required by the Court on that date due to a previous commitment. We have confirmed that all parties and the Court are available on August 9, 2007, and we therefore respectfully request that the motion be continued to said date.

If you have any questions, please do not hesitate to call.

Yours truly,

Patrick J. McMahon

PJM:vpr
cc:   Client
      James Watson, Esq.

*[Court stamp: GRANTED, Judge Maria-Elena James, United States District Court, Northern District of California]*

F:\CLPJM\37668\Court ltr 070207.doc