IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al., | No. C 05-4942 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING RE: MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| vs. | |
| WHEAT LAND SURVEYING, INC., et al., | **ORDER TO SHOW CAUSE** |
| Defendant(s). | |

Pending before the Court is Plaintiffs' Motion to Enforce Settlement Agreement and for a Judgment Against Defendants. (Doc. 29.) Plaintiffs filed their motion on March 19, 2008, and noticed it for a hearing on April 24, 2008. Thus, under Civil Local Rule 7, Defendants' opposition was due on April 3, 2008; Defendants, however, failed to file an opposition. Accordingly, the Court VACATES the April 24 hearing on Plaintiffs' motion.

The Court ORDERS Defendants to show cause why sanctions should not be imposed, including granting Plaintiffs' motion, for failure to file an opposition pursuant to Civil Local Rule 7. Defendants shall file a declaration by April 18, 2008, and the Court shall conduct a hearing on May 1, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 7, 2008

MARIA-ELENA JAMES
United States Magistrate Judge