IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al.,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>WHEAT LAND SURVEYING, INC., et al.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 05-4942 MEJ<br><br>**ORDER RE OSC RESPONSE** |

On April 7, 2008, the Court issued an order to show cause as to why sanctions should not be imposed against Defendants for failure to file an opposition to Plaintiffs' pending Motion to Enforce Settlement Agreement and for a Judgment Against Defendants. (Doc. 34.) The Court is now in receipt of a document entitled, "Response to Order to Show Cause," which is dated April 11, 2008, and signed by Defendant Robert Wheat. However, pursuant to Civil Local Rule 3-9(b), "A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Counsel of record for Defendant Wheat Land Surveying, Inc. is Patrick McMahon; thus, any appearance must be made through Mr. McMahon. Further, as this is an e-filing case, all documents must be e-filed. Accordingly, Defendants shall respond to the Order to Show Cause through counsel, and any response must be e-filed.

**IT IS SO ORDERED.**

Dated: April 14, 2008



MARIA-ELENA JAMES
United States Magistrate Judge