IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al., | No. C 05-4942 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER VACATING OSC** |
| WHEAT LAND SURVEYING, INC., et al., | **ORDER SCHEDULING HEARING RE: PLAINTIFFS' MOTION TO ENFORCE** |
| Defendant(s). | |

On April 7, 2008, the Court issued an order to show cause as to why sanctions should not be imposed against Defendants for failure to file an opposition to Plaintiffs' pending Motion to Enforce Settlement Agreement and for a Judgment Against Defendants. (Dkt. 34.) The Court is now in receipt of Defendants' responses, (Dkt. 36, 37). Good cause appearing, the Court VACATES the OSC. Although Defendants' responses also address the merits of Plaintiffs' motion to enforce, the Court finds proper briefing pursuant to Civil Local Rule 7 appropriate. Accordingly, Defendants shall file an opposition by May 1, 2008, and Plaintiffs shall file any reply by May 8. Due to the undersigned's unavailability on May 22 and 29, the hearing shall take place on June 5, 2008 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: April 23, 2008



MARIA-ELENA JAMES
United States Magistrate Judge