James P. Watson (SBN 046127)
LAW OFFICE OF JAMES P. WATSON
2 Rosewood Drive
San Francisco, CA 94127
Telephone: 415-587-5767
Fax: 415-585-2976
E-Mail: jamesw@skwsf.com

Anne Bevington (SBN 111320)
BEVINGTON LAW FIRM
564 Market St., Ste 511
San Francisco, CA 94104-5402
Telephone: 415-981-9440
Fax: 888-981-9440
E-Mail: anneb@bevingtonlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WHEAT LAND SURVEYING, INC., a California corporation; and ROBERT WHEAT, an Individual,<br><br>Defendants. | CASE NO. C-05-4942 MEJ<br><br>STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT; (PROPOSED) ORDER THEREON<br><br>DATE: June 5, 2008<br>TIME: 10:00 a.m.<br>CTRM.: B, 15th Floor<br>JUDGE: Hon. Maria-Elena James |

    The plaintiffs' Motion to Enforce Settlement Agreement and for a judgment against defendants was originally noticed for April 24, 2008, and was reset by the Court to June 5, 2008, in the April 23, 2008, Order Vacating OSC and Order Scheduling Hearing Re: Plaintiffs' Motion to Enforce. The parties are now engaged in further settlement negotiations, which were interrupted by a death in the family of defendant Robert Wheat. The parties desire to continue the date of the hearing on the motion, and the date for filing opposing and reply papers, for a reasonable period

- 1 -
**STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT; (PROPOSED) ORDER THEREON [CASE NO. C-05-4942 MEJ]**

while they continue their current negotiations in an attempt to resolve this matter between themselves.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the hearing on plaintiffs' motion to enforce be continued to June 26, 2008, at 10:00 a.m., and that the time for filing opposing and reply papers be continued to June 5, 2008, and June 12, 2008, respectively.

DATED: April 30, 2008.                    BEVINGTON LAW FIRM


By:     /s/ Anne Bevington                    .
    Anne Bevington
    Attorneys for Plaintiffs

DATED: April 30, 2008.                    GAGEN, McCOY, McMAHON & ARMSTRONG


By:     /s/ Patrick J. McMahon                    .
    Patrick J. McMahon
    Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED: May 1, 2008

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

C:\SKW Shared\CASES\30\32.202 Wheat Land Surveying\PLEADINGS\Stipulation for continuance.doc

- 2 -
**STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT; (PROPOSED) ORDER THEREON [CASE NO. C-05-4942 MEJ]**

while they continue their current negotiations in an attempt to resolve this matter between themselves.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the hearing on plaintiffs' motion to enforce be continued to June 26, 2008, at 10:00 a.m., and that the time for filing opposing and reply papers be continued to June 5, 2008, and June 12, 2008, respectively.

DATED: April 30, 2008.　　　　　　　　　　BEVINGTON LAW FIRM


By: _____
　　Anne Bevington
　　Attorneys for Plaintiffs

DATED: April 30, 2008.　　　　　　　　　　GAGEN, McCOY, McMAHON & ARMSTRONG


By: _____
　　Patrick J. McMahon
　　Attorneys for Defendants

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT; (PROPOSED) ORDER THEREON [CASE NO. C-05-4942 MEJ]