IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA, et al.,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>WHEAT LAND SURVEYING, INC., et al.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 05-4942 MEJ<br><br>**ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT** |

　　　　Pending before the Court is Plaintiffs' Motion to Enforce Settlement Agreement and for a Judgment Against Defendants, scheduled for a hearing on June 26, 2008. (Dkt. 31.) The Court hereby CONTINUES the hearing to July 3, 2008 at 10:00 a.m. in Courtroom B. Plaintiff's reply remains due on June 12, 2008.

　　　　**IT IS SO ORDERED.**

Dated: June 10, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge