James P. Watson (SBN 046127)
LAW OFFICE OF JAMES P. WATSON
2 Rosewood Drive
San Francisco, CA 94127
Telephone: 415-587-5767
Fax: 415-585-2976
E-Mail: jamesw@skwsf.com

Anne Bevington (SBN 111320)
BEVINGTON LAW FIRM
564 Market St., Ste 511
San Francisco, CA 94104-5402
Telephone: 415-981-9440
Fax: 888-981-9440
E-Mail:  anneb@bevingtonlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BONILLA as CHAIRMAN and GIL CROSTHWAITE as CO-CHAIRMAN of the BOARDS OF TRUSTEES FOR THE OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WHEAT LAND SURVEYING, INC., a California corporation; and ROBERT WHEAT, an Individual,<br><br>　　　　　　　Defendants. | CASE NO. C-05-4942 MEJ<br><br>**STIPULATION FOR ORDER TAKING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT OFF CALENDAR;**<br>**(PROPOSED) ORDER THEREON**<br><br>DATE:　　June 26, 2008<br>TIME:　　10:00 a.m.<br>CTRM.:　　B, 15th Floor<br>JUDGE:　　Hon. Maria-Elena James |

The parties having reached an agreement with respect to the carrying out of the settlement agreement in this action,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that plaintiffs' motion to enforce the settlement agreement, curently scheduled for hearing on June 26, 2008, be taken off the Court's calendar.

DATED: June 12, 2008.    BEVINGTON LAW FIRM

By:       /s/ Anne Bevington          .
    Anne Bevington
    Attorneys for Plaintiffs

DATED: June 12, 2008.    GAGEN, McCOY, McMAHON & ARMSTRONG

By:       /s/ Patrick J. McMahon       .
    Patrick J. McMahon
    Attorneys for Defendants

### ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED: _June 16, 2008_____    _____
    HON. MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE

C:\SKW Shared\CASES\30\32.202 Wheat Land Surveying\PLEADINGS\Stipulation off calendar.doc

The parties having reached an agreement with respect to the carrying out of the settlement agreement in this action,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that plaintiffs' motion to enforce the settlement agreement, curently scheduled for hearing on June 26, 2008, be taken off the Court's calendar.

DATED: June 12, 2008.    BEVINGTON LAW FIRM

By:_____.
Anne Bevington
Attorneys for Plaintiffs

DATED: June 12, 2008.    GAGEN, McCOY, McMAHON & ARMSTRONG

By:_____.
Patrick J. McMahon
Attorneys for Defendants

---

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED: __June 16, 2008_____    _____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

C:\Documents and Settings\pjm\Local Settings\Temporary Internet Files\OLK10D\Stipulation off calendar.doc

- 2 -
STIPULATION FOR ORDER TAKING PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT OFF CALENDAR; (PROPOSED) ORDER THEREON [CASE NO. C-05-4942 MEJ]